435 A.2d 630

**COMMONWEALTH of Pennsylvania**

v.

**Paul E. CASHMERE, Appellant.**

Superior Court of Pennsylvania.

Submitted Dec. 5, 1980.

Filed Oct. 9, 1981.

Lewis J. Bott, Assistant Public Defender, Wilkes-Barre, for appellant.

Chester B. Muroski, District Attorney, Wilkes-Barre, for Commonwealth, appellee.

Before CAVANAUGH, DiSALLE and MONTEMURO, JJ.

PER CURIAM:

This case is remanded to the trial court for the filing of a written statement as to the evidence relied upon and the reasons for revoking appellant's probation. *See Commonwealth v. DeLuca*, 275 Pa.Super. 176, 182, 418 A.2d 669, 673 (1980); *Commonwealth v. Davis*, 234 Pa.Super. 31, 39, 336 A.2d 616, 621 (1975). Jurisdiction is retained by this court pending remand.